Nicholas Conlon (NJ Bar ID # 34052013)
Jason T. Brown (NJ Bar ID # 35921996)
**BROWN LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: (877) 561-0000
Facsimile: (855) JTB-LAWS
nicholasconlon@jtblawgroup.com
jtb@jtblawgroup.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| | |
|---|---|
| **JORGE BENIQUEZ,** individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**ATLANTIC SUPPLY, LLC,**<br><br>Defendant. | Case No. 1:22-cv-6198-JHR-SAK<br><br>Motion Date: February 20, 2024<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Jorge Beniquez, the Memorandum of Law in Support, and the exhibit attached thereto, Plaintiff Jorge Beniquez ("Plaintiff") hereby moves for an Order pursuant to F.R.C.P. 55:

(1) granting Plaintiff a default judgment against Defendant Atlantic Supply, LLC ("Defendant") on the First and Second Causes of Action for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA") and the New Jersey Wage and Hour Law, N.J.S.A. 34:11-56(a) *et seq*. ("NJWHL"); on the Third Causes of Action for unpaid minimum wages under the NJWHL; and on the Fourth Cause of Action for failure to timely pay wages under New Jersey Wage Payment Act, N.J.S.A. 34:11-4.1, *et seq*. ("NJWPA").

1

(2) awarding Plaintiff all relief requested and available, including all damages and liquidated damages in the amount of $95,892.00 (itemized below), and interest against Defendant:

    a. NJWHL Overtime Actual Damages (August 6, 2019 through March 18, 2021) in the amount of $27,557.14;

    b. NJWHL Overtime Liquidated Damages (August 6, 2019 through March 18, 2021) in the amount of $55,114.29;

    c. NJWHL Minimum Wage Damages (January 1, 2020 through January 3, 2021) in the amount of $64.00;

    d. NJWHL Minimum Wage Liquidated Damages (January 1, 2020 through January 3, 2021) in the amount of $128.00;

    e. FLSA Overtime Actual Damages (March 7, 2019 through August 5, 2019) in the amount of $6,514.29;

    f. FLSA Overtime Liquidated Damages (March 7, 2019 through August 5, 2019) in the amount of $6,514.29; and

    g. Prejudgment interest to be calculated from January 9, 2020; and

(3) for such other and further relief as the Court deems just and proper.

Dated: January 19, 2024                           Respectfully submitted,

                                                             /s/ *Nicholas Conlon*
                                                              Nicholas Conlon (NJ Bar ID # 34052013)
                                                              Jason T. Brown (NJ Bar ID # 35921996)
                                                               **BROWN, LLC**
                                                              111 Town Square Place, Suite 400
                                                              Jersey City, NJ 07310
                                                              T: (877) 561-0000
                                                              F: (855) 582-5297
                                                              nicholasconlon@jtblawgroup.com
                                                              jtb@jtblawgroup.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2024, the foregoing was served on Defendant courtesy of Parminder Singh at 500 Kresson Road, Voorhees, New Jersey 08043, and courtesy of Surinder Hundal at 490 Kresson Road, Voorhees, New Jersey 08043.

/s/ *Nicholas Conlon*
Nicholas Conlon