UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORGE BENIQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SUPPLY, LLC,<br><br>Defendant. | Civil Action<br>No. 22-06198 (CPO)<br><br>**ORDER** |

This matter having come before the Court on the motion for entry of default judgment pursuant to Fed. R. Civ. P. 55(b) by plaintiff Jorge Beniquez [ECF No. 14]; and no opposition having been filed by defendant Atlantic Supply, LLC; and for the reasons set forth in the Court's Opinion of even date,

**IT IS** on this **25th** day of **November 2024** hereby

**ORDERED** that plaintiff's motion is **DENIED** without prejudice.

/s/ *Christine P. O'Hearn*
**Christine P. O'Hearn**
**United States District Judge**