## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

JORGE BENIQUEZ

               Plaintiff,

v.                                Case No.: 1:22−cv−06198−CPO−SAK

                                Magistrate Judge Sharon A. King

ATLANTIC SUPPLY, LLC

               Defendant.

### Order For Dismissal Pursuant to Fed.R.Civ.P. 4(m)

It appears that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 10th day of June, 2025,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F.R.Civ.P. 4(m), without prejudice and without costs.

/s/ Christine P. O'Hearn

_____
CHRISTINE P. O'HEARN United States District Judge